**Motion for**
**Permission** ~~to Appeal~~ **In Forma Pauperis and Affidavit**

# FILED

AUG 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Court of Appeals No. _____

v.

District Court No. _____

08 1397

---

**Instructions:** Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0,", "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: _July 18, 2008_    Signed: _Leon Jackson_

---

My issues on appeal are:

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interests and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as Social Security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): N/A | $ | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ | $ |

*(Rev. 12/98)*

# RECEIVED

JUL 2 4 2008

Clerk, U.S. District and
Bankruptcy Courts

2

2.  List your employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | | | |

3.  List your spouse's employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions.)

| | | | |
|---|---|---|---|
| N/A | | | |

4.  How much cash do you and your spouse have?  $ _NONE_

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5.  List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & Year: |
| | | Model: N/A |
| | | Registration #: |

| Other Assets (Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| N/A | N/A | Make & Year: |
| | | Model: N/A |
| | | Registration #: |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | |

7.  State the persons who rely on your or your spouse for support.

| Name | Relationship | Age |
|------|-------------|-----|
| N A | | |
| | | |

8.  Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|-----|-------------|
| For home-mortgage payment (include lot rented for mobile home) | $ 0 | $ 0 |
| Are real-estate taxes included? ☐ Yes ☑ No | $ 0 | $ 0 |
| Is property insurance included? ☐ Yes ☑ No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ 0 |
| Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Other: N A | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): N A | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): | $ 0 | $ 0 |
| Department store (name): N A | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): N A | $ 0 | $ 0 |
| **Total monthly expenses** | $ 0 | $ 0 |

3

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes  ☑ No    If yes, describe on an attached sheet.

10. *Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?*

    ☐ Yes  ☑ No    If yes, how much: $ _____

    If yes, state the attorney's name, address, and telephone number:

    _____

    _____

    _____

11. *Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*

    ☐ Yes  ☑ No    If yes, how much? $ _____

    If yes, state the person's name, address, and telephone number:

    _____

    _____

    _____

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    I'm in prison And my pAy is between $1.20 to $1.44 A month

13. *State the address of your legal residence.*

    Federal Correctional Institution PMB 1000
    Talladega, AL 35160

    Your daytime phone number: (_____) _____

    Your age: 44      Your years of schooling: 12

    Your Social Security number: 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

InmateStatementCombined Case 4:08-cv-01397-UNA    Document 2    Filed 08/12/2008    Page 5 of 8

# Inmate Statement

[ PRINT ]

| | |
|---|---|
| **Inmate Reg #:** | 91992020 |
| **Inmate Name:** | JACKSON, LEON |
| **Report Date:** | 07/09/2008 |
| **Report Time:** | 12:08:09 PM |

| | |
|---|---|
| **Current Institution:** | Talladega FCI |
| **Housing Unit:** | TDG-D-B |
| **Living Quarters:** | D08-011L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | 7/7/2008 10:51:17 AM | TFN0707 | | | Phone Withdrawal | ($1.00) | | $0.79 |
| TDG | 7/7/2008 8:15:40 AM | HIPP0608 | | | Payroll - IPP | $1.20 | | $1.79 |
| TDG | 6/20/2008 11:02:13 AM | TFN0620 | | | Phone Withdrawal | ($1.00) | | $0.59 |
| TDG | 6/19/2008 3:10:43 PM | TFN0619 | | | Phone Withdrawal | ($1.00) | | $1.59 |
| TDG | 6/19/2008 1:25:39 PM | TFN0619 | | | Phone Withdrawal | ($1.00) | | $2.59 |
| TDG | 6/18/2008 5:13:34 PM | 2 | | | Sales | ($44.30) | | $3.59 |
| TDG | 6/18/2008 4:44:53 PM | TFN0618 | | | Phone Withdrawal | ($1.00) | | $47.89 |
| TDG | 6/18/2008 1:30:51 PM | TFN0618 | | | Phone Withdrawal | ($1.00) | | $48.89 |
| TDG | 6/17/2008 4:58:11 PM | TFN0617 | | | Phone Withdrawal | ($1.00) | | $49.89 |
| TDG | 6/16/2008 9:25:37 PM | TFN0616 | | | Phone Withdrawal | ($1.00) | | $50.89 |
| TDG | 6/15/2008 1:29:11 PM | TFN0615 | | | Phone Withdrawal | ($2.00) | | $51.89 |
| TDG | 6/15/2008 10:55:52 AM | TFN0615 | | | Phone Withdrawal | ($2.00) | | $53.89 |
| TDG | 6/14/2008 11:08:59 AM | TFN0614 | | | Phone Withdrawal | ($2.00) | | $55.89 |
| TDG | 6/13/2008 6:10:07 PM | 33318508 | | | Western Union | $50.00 | | $57.89 |
| TDG | 6/13/2008 1:00:22 PM | HICP0608 | | | Inmate Co-pay | ($2.00) | | $7.89 |
| TDG | 6/13/2008 12:19:05 PM | TFN0613 | | | Phone Withdrawal | ($1.00) | | $9.89 |
| TDG | 6/11/2008 8:52:08 PM | TFN0611 | | | Phone Withdrawal | ($1.00) | | $10.89 |
| TDG | 6/11/2008 3:43:05 PM | TFN0611 | | | Phone Withdrawal | ($1.00) | | $11.89 |
| TDG | 6/11/2008 2:02:13 PM | 69 | | | Sales | ($63.49) | | $12.89 |
| TDG | 6/10/2008 8:15:35 PM | 33318208 | | | Western Union | $75.00 | | $76.38 |
| TDG | 6/8/2008 5:54:04 PM | TFN0608 | | | Phone Withdrawal | ($1.00) | | $1.38 |
| TDG | 6/8/2008 11:08:04 AM | TFN0608 | | | Phone Withdrawal | ($2.00) | | $2.38 |
| TDG | 6/7/2008 10:59:18 AM | TFN0607 | | | Phone Withdrawal | ($2.00) | | $4.38 |
| TDG | 6/6/2008 3:31:03 PM | TFN0606 | | | Phone Withdrawal | ($4.00) | | $6.38 |
| TDG | 6/6/2008 2:11:32 PM | TFN0606 | | | Phone Withdrawal | ($2.00) | | $10.38 |
| TDG | 6/6/2008 8:20:13 AM | HIPP0508 | | | Payroll - IPP | $12.00 | | $12.38 |
| TDG | 5/14/2008 6:03:09 PM | TFN0514 | | | Phone Withdrawal | ($1.00) | | $0.38 |
| TDG | 5/14/2008 5:22:05 PM | 4 | | | Sales | ($26.65) | | $1.38 |
| TDG | 5/14/2008 10:08:39 AM | TFN0514 | | | Phone Withdrawal | ($1.00) | | $28.03 |
| TDG | 5/13/2008 7:54:37 PM | TFN0513 | | | Phone Withdrawal | ($1.00) | | $29.03 |
| TDG | 5/13/2008 7:11:35 PM | 33316208 | | | Western Union | $30.00 | | $30.03 |
| TDG | 5/7/2008 5:41:42 PM | TFN0507 | | | Phone Withdrawal | ($1.00) | | $0.03 |
| TDG | 5/7/2008 2:18:31 PM | TFN0507 | | | Phone Withdrawal | ($1.00) | | $1.03 |

InmateStatementCombined

Case 1:08-cv-01397-UNA    Document 2    Filed 08/12/2008    Page 6 of 8

| | | | | | | |
|---|---|---|---|---|---|---|
| TDG | 5/7/2008 1:13:36 PM | HIPP0408 | Payroll - IPP | $1.20 | | $2.03 |
| TDG | /2/2008 :47:56 PM | TFN0502 | Phone Withdrawal | ($1.00) | | $0.83 |
| TDG | 4/30/2008 5:59:59 PM | 35 | Sales | ($36.40) | | $1.83 |
| TDG | 4/30/2008 3:50:32 PM | TFN0430 | Phone Withdrawal | ($1.00) | | $38.23 |
| TDG | 4/29/2008 7:09:54 PM | TFN0429 | Phone Withdrawal | ($2.00) | | $39.23 |
| TDG | 4/29/2008 3:26 PM | TFN0429 | Phone Withdrawal | ($4.00) | | $41.23 |
| | /2008 26 AM | TFN0428 | Phone Withdrawal | ($2.00) | | $45.23 |
| | 7/2008 37:00 PM | TFN0427 | Phone Withdrawal | ($2.00) | | $47.23 |
| | 4/27/2008 9:49:47 AM | TFN0427 | Phone Withdrawal | ($2.00) | | $49.23 |
| TDG | 4/26/2008 11:40:15 AM | TFN0426 | Phone Withdrawal | ($1.00) | | $51.23 |
| TDG | 4/26/2008 8:14:27 PM | TFN0426 | Phone Withdrawal | ($1.00) | | $52.23 |
| TDG | 4/24/2008 2:14:33 PM | TFN0424 | Phone Withdrawal | ($1.00) | | $53.23 |
| TDG | 4/24/2008 10:47:10 AM | TFN0424 | Phone Withdrawal | ($1.00) | | $54.23 |
| TDG | 4/23/2008 8:26:07 PM | TFN0423 | Phone Withdrawal | ($1.00) | | $55.23 |
| TDG | 4/23/2008 5:58:21 PM | 102 | Sales | ($85.38) | | $56.23 |
| TDG | 4/23/2008 1:08:57 PM | 33314808 | Western Union | $50.00 | | $141.61 |
| TDG | 4/22/2008 11:32:06 AM | TFN0422 | Phone Withdrawal | ($1.00) | | $91.61 |

1 2 3 4

**Total Transactions: 176**                                         **Totals:**    $0.15         $0.00

---

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | $0.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.79 |
| **Totals:** | $0.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.79 |

---

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $546.72 | $570.61 | $11.97 | $76.38 | $13.15 | N/A | N/A |

InmateStatementCombined    Case 1:08-cv-01397-UNA    Document 2    Filed 08/12/2008    Page 7 of 8

# Inmate Statement



| | | | | | | Transaction | Encumbrance | |
|---|---|---|---|---|---|---|---|---|

**Inmate Reg #:** 91992020     **Current Institution:** Talladega FCI

**Inmate Name:** JACKSON, LEON     **Housing Unit:** TDG-D-B

**Report Date:** 07/09/2008     **Living Quarters:** D08-011L

**Report Time:** 12:08:28 PM

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | 4/21/2008 12:12:11 PM | TFN0421 | | | Phone Withdrawal | ($1.00) | | $92.61 |
| TDG | 4/21/2008 10:04:22 AM | TFN0421 | | | Phone Withdrawal | ($1.00) | | $93.61 |
| TDG | 4/20/2008 1:33:41 PM | TFN0420 | | | Phone Withdrawal | ($2.00) | | $94.61 |
| TDG | 4/20/2008 10:51:37 AM | TFN0420 | | | Phone Withdrawal | ($4.00) | | $96.61 |
| TDG | 4/20/2008 10:04:34 AM | 33314608 | | | Western Union | $100.00 | | $100.61 |
| TDG | 4/7/2008 11:40:54 AM | TFN0407 | | | Phone Withdrawal | ($1.00) | | $0.61 |
| TDG | 4/7/2008 10:27:04 AM | HIPP0308 | | | Payroll - IPP | $1.44 | | $1.61 |
| TDG | 3/8/2008 12:10:26 AM | HICD0208 - 1005 | | | Debt Encumbrance - Released | | $1.27 | -------- |
| TDG | 3/8/2008 12:10:26 AM | HICD0208 - 907 | | | Debt Encumbrance - Released | | $0.73 | -------- |
| TDG | 3/8/2008 12:10:26 AM | HICD0208 | | | Inmate Co-pay | ($2.00) | | $0.17 |
| TDG | 3/7/2008 9:25:14 AM | HIPP0208 | | | Payroll - IPP | $1.44 | | $2.17 |
| TDG | 3/7/2008 9:25:14 AM | HICD0208 - 1005 | | | Debt Encumbrance | | ($1.27) | -------- |
| TDG | 2/25/2008 11:11:29 AM | HICD0208 - 907 | | | Debt Encumbrance | | ($0.73) | -------- |
| TDG | 2/18/2008 8:31:12 PM | TFN0218 | | | Phone Withdrawal | ($1.00) | | $0.73 |
| TDG | 2/17/2008 4:39:20 PM | TFN0217 | | | Phone Withdrawal | ($1.00) | | $1.73 |
| TDG | 2/16/2008 6:46:47 PM | TFN0216 | | | Phone Withdrawal | ($1.00) | | $2.73 |
| TDG | 2/14/2008 11:17:12 AM | TFN0214 | | | Phone Withdrawal | ($1.00) | | $3.73 |
| TDG | 2/13/2008 7:34:00 PM | TFN0213 | | | Phone Withdrawal | ($1.00) | | $4.73 |
| TDG | 2/13/2008 5:53:44 PM | TFN0213 | | | Phone Withdrawal | ($1.00) | | $5.73 |
| TDG | 2/12/2008 8:54:57 PM | TFN0212 | | | Phone Withdrawal | ($1.00) | | $6.73 |
| TDG | 2/12/2008 5:38:01 PM | 47 | | | Sales | ($156.78) | | $7.73 |
| TDG | 2/12/2008 10:29:24 AM | TFN0212 | | | Phone Withdrawal | ($1.00) | | $164.51 |
| TDG | 2/11/2008 5:13:44 PM | 33309608 | | | Western Union | $75.00 | | $165.51 |
| TDG | 2/10/2008 11:53:10 AM | TFN0210 | | | Phone Withdrawal | ($1.00) | | $90.51 |
| TDG | 2/9/2008 6:23:38 PM | TFN0209 | | | Phone Withdrawal | ($1.00) | | $91.51 |
| TDG | 2/9/2008 3:44:56 PM | TFN0209 | | | Phone Withdrawal | ($2.00) | | $92.51 |
| TDG | 2/8/2008 7:47:19 AM | HIPP0108 | | | Payroll - IPP | $1.44 | | $94.51 |
| TDG | 2/7/2008 7:05:05 PM | TFN0207 | | | Phone Withdrawal | ($1.00) | | $93.07 |
| TDG | 2/7/2008 1:39:20 PM | TFN0207 | | | Phone Withdrawal | ($1.00) | | $94.07 |
| TDG | 2/7/2008 12:20:22 PM | 90 | | | Sales | ($25.35) | | $95.07 |
| TDG | 2/6/2008 2:00:31 PM | TFN0206 | | | Phone Withdrawal | ($2.00) | | $120.42 |
| TDG | 2/6/2008 12:54:41 PM | TFN0206 | | | Phone Withdrawal | ($1.00) | | $122.42 |
| TDG | 2/6/2008 12:09:30 PM | 33309308 | | | Western Union | $93.00 | | $123.42 |

| Code | Date | Ref | Type | Amount | Balance |
|---|---|---|---|---|---|
| TDG | 1/31/2008 11:42:35 AM | TFN0131 | Phone Withdrawal | ($1.00) | $30.42 |
| TDG | 1/29/2008 6:16:17 PM | TFN0129 | Phone Withdrawal | ($1.00) | $31.42 |
| TDG | 1/29/2008 5:22:01 PM | 53 | Sales | ($21.90) | $32.42 |
| TDG | 1/29/2008 3:04:19 PM | TFN0129 | Phone Withdrawal | ($1.00) | $54.32 |
| TDG | 1/29/2008 12:09:02 PM | 33308708 | Western Union | $25.00 | $55.32 |
| TDG | 1/28/2008 5:03:20 AM | 70100603 | Lockbox - CD | $30.00 | $30.32 |
| TDG | 1/22/2008 5:24:46 PM | TFN0122 | Phone Withdrawal | ($1.00) | $0.32 |
| TDG | 1/18/2008 6:24:17 PM | TFN0118 | Phone Withdrawal | ($1.00) | $1.32 |
| TDG | 1/16/2008 11:38:45 AM | TFN0116 | Phone Withdrawal | ($1.00) | $2.32 |
| TDG | 1/15/2008 5:24:29 PM | 46 | Sales | ($12.36) | $3.32 |
| TDG | 1/13/2008 7:02:46 PM | TFN0113 | Phone Withdrawal | ($2.00) | $15.68 |
| TDG | 1/13/2008 12:15:51 PM | TFN0113 | Phone Withdrawal | ($1.00) | $17.68 |
| TDG | 1/12/2008 3:04:22 PM | TFN0112 | Phone Withdrawal | ($2.00) | $18.68 |
| TDG | 1/11/2008 11:44:46 AM | TFN0111 | Phone Withdrawal | ($1.00) | $20.68 |
| TDG | 1/10/2008 11:59:07 AM | TFN0110 | Phone Withdrawal | ($2.00) | $21.68 |
| TDG | 1/9/2008 11:59:07 AM | TFN0109 | Phone Withdrawal | ($1.00) | $23.68 |
| TDG | 1/8/2008 5:20:52 PM | 61 | Sales | ($73.82) | $24.68 |

1 2 3 4

**Total Transactions: 176**

Totals:     $0.15     $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | $0.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.79 |
| **Totals:** | $0.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.79 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |