UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LEON JACKSON, )
)
Plaintiff, )
)
v. ) Civil Action No. 08 1397
)
HARLEY LAPPIN, Director, Federal Bureau )
of Prisons, *et al.* )
)
Defendants. )

TRANSFER ORDER

The plaintiff, who is incarcerated in a federal facility Alabama, has filed a *pro se* complaint and application to proceed *in forma pauperis*. He sues under *Bivens* for Eighth Amendment violations, alleging that several defendants exhibited deliberate indifference to his serious medical needs, which resulted in plaintiff's loss of vision. The allegations in the complaint indicate that the events giving rise to the claims occurred in Alabama. Venue is proper where the *all* the defendants are located, or where a substantial part of the events occurred. See 28 U.S.C. § 1391(b). All the defendants are not located in the District of Columbia, thus, venue here is not proper. Because a substantial part of the events occurred in Alabama, the Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Northern District of Alabama. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed *in forma pauperis* is a determination to be made by the transferee court.

Date: 8/7/08

United States District Judge